■ CIMATO BROS., INC., Respondent, v TOWN OF PENDLETON, Appellant, et al., Defendant. (Appeal No. 2.) [677 NYS2d 923] —Appeal unanimously dismissed without costs. Memorandum: Defendant Town of Pendleton appeals from an order denying its motion to renew its opposition to plaintiff's motion for summary judgment. In view of our decision in *Cimato Bros. v Town of Pendleton* (254 AD2d 695 [decided herewith]), this appeal is moot. (Appeal from Order of Supreme Court, Niagara County, Fahey, J.—Renewal.) Present—Denman, P. J., Pine, Wisner, Balio and Fallon, JJ.

■ RONALD CALLEA et al., Appellants, v NIAGARA MOHAWK POWER CORPORATION, Respondent. [677 NYS2d 862] —Order and judgment unanimously affirmed without costs. Memorandum: Plaintiff Ronald Callea was removing tree limbs that interfered with a high voltage power line when he fell from the tree and sustained serious injuries. The work being performed by him was not " 'necessary and incidental to or an integral part' of a protected activity involving a building or structure under Labor Law § 240 (1)" (*McGregor v Bravo*, 251 AD2d 1002, 1003). (Appeal from Order and Judgment of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wisner, Balio and Fallon, JJ.